RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/23/16
BY M3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON GRANT | CIVIL ACTION NO. 1:15-CV-01806 SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JAYSON DANIEL LINEBAUGH, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' motion to dismiss (Doc. 6) is GRANTED and Grant's action against the Natchitoches Police Department is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of March 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE